ROBIN P. WRIGHT*
T. ROBERT FINLAY
JONATHAN M. ZAK
GWEN H. RIBAR
JONATHAN D. FINK
CHARLES C. MCKENNA
DANA JONATHON NITZ**
PATRICIA L. PENNY
RICHARD D. SIMPSON, Jr.
DANA-MONICA DIB
NICHOLAS G. HOOD
PETER M. WATSON
JAMES J. RAMOS
MAGDALENA D. KOZINSKA
HELEN CAYTON
NICHOLE L. GLOWIN
CHRISTOPHER L. BENNER+**
RAYMOND A. JEREZA*
RUBY J. CHAVEZ
NICOLE S. DUNN
JOSHUA R. HERNANDEZ
KATHRYN A. MOORER
TODD E. CHVAT

www.wrightlegal.net

Direct Dial: (949)-4771401
Email: mkozinska@gmail.com



**WRIGHT FINLAY & ZAK** LLP
ATTORNEYS AT LAW

**Main Office**
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Main Phone: (949) 477-5050
Main Fax: (949) 477-9200
Email Fax: (949) 608-9142

**Northern California Office**
907 Sir Francis Drake Blvd.
Kentfield, CA 94904
Direct Phone (415) 230-4350
Main Phone: (949) 477-5050
Main Fax: (949) 608-9142

**Nevada Office**
5532 S. Fort Apache Rd., Bldg C, Suite 110
Las Vegas, Nevada 89148
Main Phone: (702) 475-7964
Fax: (702) 946-1345

**Arizona Office**
18444 N. 25th Ave, #420
Phoenix, AZ 85023
Main Phone: (602) 845-8898

***+++*LUKASZ I. WOZNIAK
***BRADFORD E. KLEIN
RONALD M. ARLAS
AVI N. PHILLIPS
ANN NANO MCNAMARA
MICHAEL J. GILLIGAN
**CHELSEA A. CROWTON
TANYA C. MCCULLAH
*/***JOY B. THOMAS
***KIM R. LEPORE
KRISTINA M. PELLETIER
DANIEL A. VALENZUELA
JENNIFER A. BRADY
**/+++R. SAMUEL EHLERS
MICHAEL R. ASATOURIAN
****RENEE M. PARKER
TODD R. WHITEHORN

*Also Admitted in Nevada
**Admitted only in Nevada
***Also Admitted in Arizona
****Also Admitted in Washington
++Also Admitted in Hawaii
+Licensed Patent Attorney
+++Also Admitted in Utah

September 18, 2013

Molly C. Dwyer, Clerk of the Court
The James R. Browning Courthouse
U.S. Court of Appeals
P.O. 193939
San Francisco, CA 94119-3939

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 20 2013

FILED _____
DOCKETED _____
DATE        INITIAL

Re:   Case Name    : *Junod v. Mortgage Electronic Registration Systems, Inc., et al.*
      Case No.     : 12-55712

**RE:   Response to Appellants letter dated September 3, 2013**

Dear Ms. Dwyer :

Pursuant to FRAP Rule 28(j) Appellees submit this letter brief in response to Appellants' letter brief dated September 3, 2013.

In their letter, Appellants argue that *Glaski v. Bank of America, N.A.* (2013) 218 Cal.App.4th 1079 (5th District) controls and requires that their claims be allowed to proceed. However, Appellants ignore two other recent, published cases--*Jenkins v. JP Morgan Chase Bank, N.A.* (2013) 216 Cal.App.4th 497, (Fourth District) and *Siligas v. Mortgage Electronic Registration Systems, Inc.*, 2013 WL 4522474 (August 27, 2013 (Second District) which come to the opposite conclusion from *Glaski*.

In *Jenkins*, the court held: "an unrelated third party to the alleged securitization, and any other subsequent transfers of the beneficial interest…lacks standing to enforce any agreements, including the investment trust's pooling and servicing agreement, relating to such transactions." [supra at 515] The Jenkins Court also rejected the post-closing date theory of invalidity holding that the borrower is not the victim because the borrower's "obligations under the remained unchanged. Id. In *Siligas*, the court went on to also reject

Molly C. Dwyer, Clerk of the Court
The James R. Browning Courthouse
U.S. Court of Appeals
September 18, 2013
Page 2

the sufficiency of a factually unsupported challenge to the assignment of the promissory note as it "amounts to a preemptive claim seeking to require the foreclosing party to demonstrate in court its authority to initiate a foreclosure...." [*Siligas*, at \*5].

Contrary to Appellants' letter, *Glaski* is not a decision of the highest court in California; rather it is a co-equal court (Fifth District) to the courts in Jenkins (Fourth District) and Siligas (Second District). Absent a higher court decision, federal courts applying state law generally must follow the decisions of the intermediate state appellate courts (unless there is convincing evidence that the highest court of the state would decide differently). *Klein v. City of San Clemente*, 584 F.3d 1196, 1206 (9th Cir. 2009) citing *Briceno v. Scribner*, 555 F.3d 1069, 1080 (9th Cir. 2009). However, where the intermediate courts disagree, the federal courts should rely on the better reasoned decision—here, those in *Jenkins* and *Siligas*. See *Froyd v. Crook, 681 F.Supp.* 669, 672 at n.9 (E.D. Cal. 1988).

Sincerely,

**WRIGHT, FINLAY & ZAK, LLP**

*[signature]*

Magdalena D. Kozinska, Esq.

MDK;jlh
cc: DeborahP.Gutierrez,Esq.