FILED

MAR 03 2014

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

12-55712   Junod v MERS, Inc.

Additional Citation:   RESPONDENTS

1. COVARRUBIAS v. FED. HOME LOAN MTGE CORP.
   2014 WL 311060 (S.D. Cal. Jan 28, 2014)

2. GIESEKE v. BANK of AMERICA
   2014 WL 718469 (N.D. Cal. Feb. 23, 2014)

3. MANN v. BANK of AMERICA
   2014 WL 495607 (C.D. Cal. Feb 3, 2014)

4. FLORES v. BMC Mort. Co.
   2014 WL 641097 (E.D. Cal. Feb. 18, 2014)

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

MAR 03 2014

FILED _____

DOCKETED _____
        DATE        INITIAL